**No. 49876.**—Protest 47253–K of Wo Kee & Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise in question is the same in all material respects as that involved in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372). In accordance therewith the claim for free entry was sustained.

**No. 49877.**—Protests 54180–K, etc., of La Manna, Azema & Farnan, Inc., et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of peeled grapes in cans the same as that passed upon in *United States* v. *Meyer & Lange* (32 C. C. P. A. 1, C. A. D. 277). In accordance therewith this claim was sustained.

**No. 49878.**—Petition 6385–R of W. F. Mackay (Pembina).

Opinion by CLINE, J. From the record it was found that the petitioner made entry in the instant case at the invoice value in good faith and that in making the entry he acted without intention to misrepresent the facts or defraud the revenue of the United States or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

**No. 49879.**—Petition 6425–R of Sears Roebuck & Co. (Chicago).

Opinion by CLINE, J. It appeared from the testimony that the merchandise was appraised on the basis of foreign value; that payment was made in United States dollars; that the witness, import manager of petitioner, believed the United States dollar prices represented the export value; and that the export value was the proper dutiable value. The facts were found to be similar to those involved in *Wroblewski* v. *United States* (28 C. C. P. A. 150, C. A. D. 137). It appeared that in the instant case entries based on invoice values had been accepted for some years; that there were statements in the official papers that the home market value was not higher than the invoice price; that the goods were not manufactured for home consumption; and that German wire for home consumption was different from the type exported. In view of the testimony of the record the court was of the opinion that the petitioner made entry in the instant case at the invoice value in good faith. In accordance therewith the petition was granted.